| 00207 Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / TKC 23215591 | 01/ | 50110 | 1 of 1 |

K2 Construction Solutions Inc
241 Nassau Road
Huntington, NY 11743

## Earnings Statement

**ADP**

Period Starting: 04/14/2018
Period Ending: 04/20/2018
Pay Date: 04/27/2018

Business Phone: 631-838-4998

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 3     Federal:
  State: 3       State:
  Local: 0       Local:
Social Security Number: XXX-XX-XXXX

Kerim Aydagul
241 Nassau Rd
Huntington, NY 11743

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1600.00 | 25600.00 |
| **Gross Pay** | | | **$1,600.00** | **$25,600.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.29 | 2101.42 |
| Social Security | -99.20 | 1587.20 |
| Medicare | -23.20 | 371.20 |
| New York State Income | -81.94 | 1311.04 |
| New York Paid Family Leave | -2.02 | 29.73 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.60 |

| **Net Pay** | **$1,263.75** | |
|---|---|---|

Your federal taxable wages this period are $1,600.00

© 1998, 2006. ADP, LLC All Rights Reserved.
▼ TEAR HERE

```
00356
Company Code      Loc/Dept   Number    Page
R6 / TKC 23215591   01/       50108     1 of 1
K2 Construction Solutions Inc
241 Nassau Road
Huntington, NY 11743
```

## EARNINGS STATEMENT 

Period Starting:  04/07/2018
Period Ending:    04/13/2018
Pay Date:         04/20/2018

Business Phone:   631-838-4998

Taxable Marital Status:  Married
Exemptions/Allowances:         Tax Override:
    Federal:  3                   Federal:
    State:    3                   State:
    Local:    0                   Local:
Social Security Number:  XXX-XX-XXXX

Kerim Aydagul
241 Nassau Rd
Huntington, NY 11743

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | | 1600.00 | 24000.00 |
| **Gross Pay** | | | **$1,600.00** | **$24,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.29 | 1972.13 |
| Social Security | -99.20 | 1488.00 |
| Medicare | -23.20 | 348.00 |
| New York State Income | -81.94 | 1229.10 |
| New York Paid Family Leave | -2.02 | 27.71 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.00 |

**Net Pay**    **$1,263.75**

Your federal taxable wages this period are $1,600.00

```
00303
Company Code      Loc/Dept    Number    Page
R6 / TKC 23215591   01/        50107    1 of 1
K2 Construction Solutions Inc
241 Nassau Road
Huntington, NY 11743
```

# Earnings Statement 

Period Starting: 03/31/2018
Period Ending:  04/06/2018
Pay Date:       04/13/2018

Business Phone: 631 838 4998

```
Taxable Marital Status   Married
Exemptions Allowances    Tax Override:
   Federal    3              Federal:
   State      3              State:
   Local      0              Local:
Social Security Number   XXX XX XXXX
```

Kerim Aydagul
241 Nassau Rd
Huntington, NY 11743

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1600.00 | 22400.00 |
| **Gross Pay** | | | **$1,600.00** | **$22,400.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.29 | 1842.84 |
| Social Security | -99.20 | 1388.80 |
| Medicare | -23.20 | 324.80 |
| New York State Income | -81.94 | 1147.16 |
| New York Paid Family Leave | -2.02 | 25.69 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 8.40 |

| **Net Pay** | | **$1,263.75** |
|---|---|---|



Your federal taxable wages this period are $1,600.00

© 1998, 2006. ADP, LLC  All Rights Reserved

TEAR HERE

| 00302 Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / TKC 23215591 | 01/ | 50101 | 1 of 1 |

K2 Construction Solutions Inc
241 Nassau Road
Huntington, NY 11743

# Earnings Statement

Period Starting: 03/10/2018
Period Ending: 03/16/2018
Pay Date: 03/23/2018

Business Phone: 631-838-4998

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal: 3              Federal:
  State:   3              State:
  Local:   0              Local:
Social Security Number: XXX-XX-XXXX

Kerim Aydagul
241 Nassau Rd
Huntington, NY 11743

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1600.00 | 17600.00 |
| **Gross Pay** | | | **$1,600.00** | **$17,600.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.29 | 1454.97 |
| Social Security | -99.20 | 1091.20 |
| Medicare | -23.20 | 255.20 |
| New York State Income | -81.94 | 901.34 |
| New York Paid Family Leave | -2.02 | 19.63 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 6.60 |

| **Net Pay** | **$1,263.75** | |
|---|---|---|

Your federal taxable wages this period are $1,600.00

© 1998, 2006. ADP, LLC All Rights Reserved.

```
00398
Company Code     Loc/Dept     Number   Page
R6 / TKC 23215591    01/      50103    1 of 1
K2 Construction Solutions Inc
241 Nassau Road
Huntington, NY 11743
```

## Earnings Statement

**ADP**

Period Starting:   03/17/2018
Period Ending:    03/23/2018
Pay Date:          03/30/2018

Business Phone:    631-838-4998

```
Taxable Marital Status:  Married
Exemptions Allowances    Tax Override:
   Federal:  3              Federal:
   State:    3              State:
   Local:    0              Local:
Social Security Number:  XXX XX XXXX
```

**Kerim Aydagul**
**241 Nassau Rd**
**Huntington, NY 11743**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1600.00 | 19200.00 |
| **Gross Pay** | | | **$1,600.00** | **$19,200.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.29 | 1584.26 |
| Social Security | -99.20 | 1190.40 |
| Medicare | -23.20 | 278.40 |
| New York State Income | -81.94 | 983.28 |
| New York Paid Family Leave | -2.02 | 21.65 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 7.20 |

| **Net Pay** | **$1,263.75** | |
|---|---|---|

Your federal taxable wages this period are $1,600.00

© 1998, 2006 ADP, LLC All Rights Reserved

▼ TEAR HERE

```
00169
Company Code      Loc/Dept    Number    Page
R6 / TKC 23215591 01/         50105     1 of 1
K2 Construction Solutions Inc
241 Nassau Road
Huntington, NY 11743
```

# Earnings Statement

**ADP**

Period Starting:   03/24/2018
Period Ending:     03/30/2018
Pay Date:          04/06/2018

Business Phone:    631-838-4998

**Kerim Aydagul**
**241 Nassau Rd**
**Huntington, NY 11743**

```
Taxable Marital Status    Married
Exemptions/Allowances     Tax Override:
  Federal:    3              Federal:
  State:      3              State:
  Local:      0              Local:
Social Security Number    XXX-XX-XXXX
```

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1600.00 | 20800.00 |
| **Gross Pay** | | | **$1,600.00** | **$20,800.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.29 | 1713.55 |
| Social Security | -99.20 | 1289.60 |
| Medicare | -23.20 | 301.60 |
| New York State Income | -81.94 | 1065.22 |
| New York Paid Family Leave | -2.02 | 23.67 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 7.80 |

| **Net Pay** | **$1,263.75** | |
|---|---|---|

Your federal taxable wages this period are $1,600.00

© 1998, 2006, ADP, LLC  All Rights Reserved

TEAR HERE

```
00298
Company Code      Loc/Dept    Number    Page
R6 / TKC 23215591    01/       50099    1 of 1
K2 Construction Solutions Inc
241 Nassau Road
Huntington, NY 11743
```

# Earnings Statement

**ADP**

Period Starting:   03/03/2018
Period Ending:     03/09/2018
Pay Date:          03/16/2018

Business Phone:    631-838-4998

Taxable Marital Status:    Married
Exemptions/Allowances:     Tax Override:
  Federal:  3                Federal:
  State:    3                State:
  Local:    0                Local:
Social Security Number:    XXX-XX-XXXX

**Kerim Aydagul**
**241 Nassau Rd**
**Huntington, NY 11743**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1600.00 | 16000.00 |
| **Gross Pay** | | | **$1,600.00** | **$16,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.29 | 1325.68 |
| Social Security | -99.20 | 992.00 |
| Medicare | -23.20 | 232.00 |
| New York State Income | -81.94 | 819.40 |
| New York Paid Family Leave | -2.02 | 17.61 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 6.00 |

| **Net Pay** | | **$1,263.75** | |
|---|---|---|---|

Your federal taxable wages this period are $1,600.00

© 1998, 2006. ADP, LLC   All Rights Reserved.

```
00214
Company Code    Loc/Dept    Number    Page
R6 / TKC 23215591    01/    50097    1 of 1
K2 Construction Solutions Inc
241 Nassau Road
Huntington, NY 11743
```

# Earnings Statement 

Period Starting:   02/24/2018
Period Ending:     03/02/2018
Pay Date:          03/09/2018

Business Phone:    631-838-4998

Taxable Marital Status:   Married
Exemptions/Allowances:        Tax Override:
    Federal:   3                 Federal:
    State:     3                 State:
    Local:     0                 Local:
Social Security Number:   XXX-XX-XXXX

**Kerim Aydagul**
**241 Nassau Rd**
**Huntington, NY 11743**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 1600.00 | 14400.00 |
| **Gross Pay** | | | **$1,600.00** | **$14,400.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.29 | 1196.39 |
| Social Security | -99.20 | 892.80 |
| Medicare | -23.20 | 208.80 |
| New York State Income | -81.94 | 737.46 |
| New York Paid Family Leave | -2.02 | 15.59 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 5.40 |

| **Net Pay** | **$1,263.75** | |
|---|---|---|

Your federal taxable wages this period are  $1,600.00

© 1998, 2006 ADP, LLC. All Rights Reserved

TEAR HERE

```
00324
Company Code      Loc/Dept    Number   Page
R6 / TKC 23215591   01/         50093    1 of 1
K2 Construction Solutions Inc
241 Nassau Road
Huntington, NY 11743
```

# Earnings Statement 

Period Starting:   02/10/2018
Period Ending:     02/16/2018
Pay Date:          02/23/2018

Business Phone:    631-838-4998

Taxable Marital Status:  Married
Exemptions Allowances:      Tax Override:
    Federal     3               Federal:
    State       3               State:
    Local       0               Local:
Social Security Number:    XXX-XX-XXXX

Kerim Aydagul
241 Nassau Rd
Huntington, NY 11743

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | 1600.00 | 11200.00 | |
| Gross Pay | | | $1,600.00 | $11,200.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.29 | 937.81 |
| Social Security | -99.20 | 694.40 |
| Medicare | -23.20 | 162.40 |
| New York State Income | -81.94 | 573.58 |
| New York Paid Family Leave | -1.65 | 11.55 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 4.20 |

| Net Pay | $1,264.12 |
|---|---|

Your federal taxable wages this period are $1,600.00

© 1998, 2006 ADP, LLC All Rights Reserved

```
00346
Company Code        Loc/Dept    Number   Page
R6 / TKC 23215591   01/         50095    1 of 1
K2 Construction Solutions Inc
241 Nassau Road
Huntington, NY 11743
```

## Earnings Statement

**ADP**

Period Starting:  02/17/2018
Period Ending:    02/23/2018
Pay Date:         03/02/2018

Business Phone:   631 838-4998

Taxable Marital Status:  Married
Exemptions Allowances:      Tax Override:
    Federal    3                Federal:
    State      3                State:
    Local:     0                Local:
Social Security Number:  XXX XX XXXX

**Kerim Aydagul**
**241 Nassau Rd**
**Huntington, NY 11743**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  | 0.00 | 1600.00 | 12800.00 |
| **Gross Pay** |  |  | **$1,600.00** | **$12,800.00** |

| Statutory Deductions |  | this period | year to date |
|---|---|---|---|
| Federal Income |  | -129.29 | 1067.10 |
| Social Security |  | -99.20 | 793.60 |
| Medicare |  | -23.20 | 185.60 |
| New York State Income |  | -81.94 | 655.52 |
| New York Paid Family Leave |  | -2.02 | 13.57 |

| Voluntary Deductions |  | this period | year to date |
|---|---|---|---|
| New York voluntary disability |  | -0.60 | 4.80 |

| **Net Pay** |  | **$1,263.75** |  |

Your federal taxable wages this period are  $1,600.00

© 1998, 2006, ADP, LLC  All Rights Reserved

▼ TEAR HERE

```
00279
Company Code      Loc/Dept    Number   Page
R6 / TKC 23215591  01/        50091    1 of 1
K2 Construction Solutions Inc
241 Nassau Road
Huntington, NY 11743
```

**EARNINGS Statement** 

```
Period Starting:   02/03/2018
Period Ending:     02/09/2018
Pay Date:          02/16/2018

Business Phone:    631-838-4998
```

```
Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
    Federal:   3              Federal:
    State:     3              State:
    Local:     0              Local:
Social Security Number:  XXX-XX-XXXX
```

**Kerim Aydagul**
**241 Nassau Rd**
**Huntington, NY 11743**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | 1600.00 | 9600.00 | |
| Gross Pay | | | $1,600.00 | $9,600.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -129.29 | 808.52 |
| Social Security | -99.20 | 595.20 |
| Medicare | -23.20 | 139.20 |
| New York State Income | -81.94 | 491.64 |
| New York Paid Family Leave | -1.65 | 9.90 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 3.60 |

| Net Pay | $1,264.12 |
|---|---|

Your federal taxable wages this period are $1,600.00

© 1998, 2006 ADP, LLC. All Rights Reserved

◄ TEAR HERE