```
                              United States Bankruptcy Court
                              Eastern District of New York
In re:                                                                  Case No. 18-73280-ast
Kerim Aydagul                                                           Chapter 7
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0207-8          User: sdolan                 Page 1 of 2                  Date Rcvd: May 15, 2018
                              Form ID: 245                 Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db             +Kerim Aydagul,    241 Nassau Road,    Huntington, NY 11743-4328
smg            +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,    Attn: Isolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
9270874         ABC Financial,    8320 AR-107,    Sherwood, AR 72120
9270875        +Adam A. Hill MD,    Northwell Health,    PO Box 28372,    New York, NY 10087-8372
9270876         Amazon/Syncrony,    c/o Portfolio Recovery,    120 Corp Boulevard,    Norfolk, VA 23502
9270877        +American Express,    PO Box 6985,    Buffalo, NY 14240-6985
9270878        +American Express,    PO Box 981531,    El Paso, TX 79998-1531
9270880        +Arstrat,    9800 Centre Parkway,    Suite 1100,    Houston, TX 77036-8263
9270881        +Beth Israel Pathology De,    c/o TransWorld,    PO Box 15618,    Wilmington, DE 19850-5618
9270882        +Boston University,    735 Commonwealth Avenue,    Boston, MA 02215-1401
9270884        +Capital One,    PO box 30285,    Salt Lake City, UT 84130-0285
9270885        +Chevrolet,    PO Box 100,    Buffalo, NY 14231-0100
9270886        +Citibank,    c/o United Collections,    5620 Southwyck Blvd,    Ste 206,    Toledo, OH 43614-1501
9270888        +Emergency Medicine,    Northwell Health,    PO Box 28372,    New York, NY 10087-8372
9270889        +Huntington Hospital,    c/o Ingram & Associates,    1009 Windcross Ct,    Franklin, TN 37067-2678
9270891        +Island Fitness,    PO Box 6800,    North Little Rock, AR 72124-6800
9270892        +Ista North America,    PO Box 28083,    New York, NY 10087-8083
9270893        +John J Hines Jr.,    Northwell Health,    PO Box 28372,    New York, NY 10087-8372
9270894        +Kamco,    301 Robbins Lane,    Syosset, NY 11791-6006
9270895         Kleet Lumber,    c/o Rosenthal & Goldhaber,    1393 Vets Mem Highway,    Ste 212N,
                 Hauppauge, NY 11788
9270896         LIPA,    PO Box 9083,    Melville, NY 11747-9083
9270897        +Mount Sinai,    PO Box 28083,    New York, NY 10087-8083
9270898        +Mount Sinai,    PO Box 95000,    Philadelphia, PA 19195-0001
9270899        +North Shore LIJ,    c/o ARStrat,    9800 Centre Pkwy,    Ste 1100,    Houston, TX 77036-8263
9270902        +Paans Emergency Medicine,    c/o Regional Claims Recov,    PO Box 9001,    Melville, NY 11747-9001
9270907        +RSA/Marlin Business Bank,    c/o Edward Dietz, Esq.,    300 Fellowship Road,
                 Mount Laurel, NJ 08054-1201
9270904        +Reginal Claims Recovery,    PO Box 9001,    Melville, NY 11747-9001
9270905        +Robert Shapiro,    c/o Molo Lamken,    430 Park Avenue,    New York, NY 10022-3505
9270906        +Roland's Electric Inc.,    c/o Kushnik Pallaci PLLC,    445 Broad Hollow Road,    Ste 124,
                 Melville, NY 11747-3601
9270909        +Thaler Law Firm PLLC,    675 Old Country Rd,    Westbury, NY 11590-4503
9270910        +Time Inc.,    c/o Affluent Media Group,    1120 Ave of the Americas,    New York, NY 10036-6700
9270912        +Verizon Visions,    c/o Debt Recovery,    PO Box 9018,    Syosset, NY 11791-9018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 15 2018 18:33:48      NYS Department of Taxation & Finance,
                 Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.li.ecf@usdoj.gov May 15 2018 18:33:05      United States Trustee,
                 Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
                 Central Islip, NY 11722-4456
9270879        +E-mail/Text: athaler@athalerlaw.com May 15 2018 18:33:58      Andrew Thaler,    Thaler Law Firm,
                 675 Old Country Road,    Westbury, NY 11590-4503
9270883        +E-mail/Text: bcwrtoff@cablevision.com May 15 2018 18:33:26      Cablevision,
                 1111 Stewart Avenue,    Bethpage, NY 11714-3581
9270887        +E-mail/Text: sternback@heitnerbreitstein.com May 15 2018 18:33:06      Conestoga Wood Specialtie,
                 c/o Heitner & Breitstein,    26 Court Street,    Brooklyn, NY 11242-0103
9270890         E-mail/Text: cio.bncmail@irs.gov May 15 2018 18:33:01      IRS - Special Procedures,
                 10 Metro Tech Center,    625 Fulton Avenue,    Brooklyn, NY 11201
9270901        +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 15 2018 18:33:49      NYS Dept of Tax & Finance,
                 Bankruptcy Unit-TCD,    Bldg 8, Room 455,    W.A. Harriman State Campu,    Albany, NY 12227-0001
9270903        +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 18:40:33      PC Richard,    GEMB,
                 PO Box 981438,    El Paso, TX 79998-1438
9270908        +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 18:35:10      Synchrony Bank,    PO Box 105972,
                 Atlanta, GA 30348-5972
9270911        +E-mail/Text: bankruptcydepartment@tsico.com May 15 2018 18:33:25      Transworld Systems Inc,
                 PO Box 15618, Dept 51,    Wilmington, DE 19850-5618
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9270900         North Shore Univ,    c/o Smith, Carroad, Levy,    and Finkel, LLP
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0207-8          User: sdolan              Page 2 of 2              Date Rcvd: May 15, 2018
                              Form ID: 245              Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:

```
              R Kenneth Barnard    rkbesquire@aol.com, N250@ecfcbis.com
              Roy J Lester    on behalf of Debtor Kerim  Aydagul rlester@rlesterlaw.com, pkamran@rlesterlaw.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Kerim Aydagul** | Social Security number or ITIN **xxx–xx–9937** |
| First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | Date case filed for chapter **7   5/14/18** |
| Case number: **8–18–73280–ast** | |

# NOTICE OF ELECTRONIC FILING PROCEDURE
# INFORMATION REGARDING MEETING OF CREDITORS

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with E.D.N.Y. LBR 9011–1(b) and the court's General Order on Electronic Filing Procedures ("General Order #559"), whenever any applicable statute, rule or order requires a document to be signed and the document is electronically filed, the document shall contain an electronic signature or a scanned copy of the original signature. An electronic signature shall consist of "s/" followed by the first and last name of the person signing. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #559.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running Microsoft Windows; an Internet provider using dial–up or broadband; Mozilla Firefox or Internet Explorer; Adobe Acrobat to convert word processor formatted documents to portable document format (PDF); and a document scanner. The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1–800–676–6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE or CD–ROM/DVD, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette or CD–ROM/DVD, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Microsoft Word include a built–in conversion utility. Use a separate flash drive or CD–ROM/DVD for each filing. Submit the CD–ROM/DVD in an envelope with the case name, case number, type and title of the document, and the file name on the flash drive or CD–ROM/DVD.

**Important Note: If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive.**

Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.

In Chapter 7, 12 and 13 cases, the debtor is responsible for serving a copy of the petition on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

In Chapter 11 cases, the debtor is responsible for serving a copy of the petition on the Internal Revenue Service and the Securities and Exchange Commission. Refer to the second page of the Notice of Meeting of Creditors accompanying this notice for their respective addresses.

Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.

Dated: May 15, 2018

For the Court, Robert A. Gavin, Jr., Clerk of Court

# NOTICE TO CHAPTER 7 DEBTORS AND DEBTORS' ATTORNEYS

## What To Submit Prior To The Meeting Of Creditors

You must submit to the Chapter 7 Trustee assigned to your case the following:

1. A copy of the Chapter 7 petition (complete with all schedules and the statement of financial affairs) which bears a copy of the Debtor's signature.

Note: The petition should not reflect the Debtor's signature as /s/.


2. Copies of all payment advices (i.e., pay stubs) or other evidence of payment received within 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor. (*See* Bankruptcy Code § 521(a)(1)(iv))

Note: If such payment advices are not available or the Debtor does not have payment advices then the Debtor should provide the Trustee and file with the Bankruptcy Court a notarized affidavit of the Debtor explaining the circumstances.


3. A copy of the Federal income tax return (or a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which the Federal income tax return was filed.

Note: The tax return or transcript must be provided to the Chapter 7 Trustee no later than 7 days before the meeting of creditors. (*See* Bankruptcy Code § 521(e)(2)(A)(i)) The tax return or transcript should **NOT** be filed with the Bankruptcy Court.


The Chapter 7 Trustees request that this information be provided as soon as possible after the petition is filed. The name and address of the assigned Chapter 7 Trustee appears on the meeting notice.

These requirements do not supersede or replace any of the requirements under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules.


## What to bring to the Meeting of Creditors

Each Chapter 7 Debtor should bring to the meeting of creditors: (a) original government issued photo identification **and** (b) an original social security card or other original government issued document that reflects the ecurity numberebtor's social security number.


**BLnef.jsp** [Notice of Electronic Filing rev. 02/01/17]