```
                            United States Bankruptcy Court
                             Eastern District of New York

In re:                                                         Case No. 18-73280-ast
Kerim Aydagul                                                  Chapter 7
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0207-8          User: sdolan             Page 1 of 2          Date Rcvd: May 15, 2018
                              Form ID: 309A            Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db             +Kerim Aydagul,    241 Nassau Road,    Huntington, NY 11743-4328
smg            +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,    Attn: Isolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
9270874         ABC Financial,    8320 AR-107,    Sherwood, AR 72120
9270875        +Adam A. Hill MD,    Northwell Health,    PO Box 28372,    New York, NY 10087-8372
9270876         Amazon/Syncrony,    c/o Portfolio Recovery,    120 Corp Boulevard,    Norfolk, VA 23502
9270877        +American Express,    PO Box 6985,    Buffalo, NY 14240-6985
9270880        +Arstrat,    9800 Centre Parkway,    Suite 1100,    Houston, TX 77036-8263
9270881        +Beth Israel Pathology De,    c/o TransWorld,    PO Box 15618,    Wilmington, DE 19850-5618
9270882        +Boston University,    735 Commonwealth Avenue,    Boston, MA 02215-1401
9270885        +Chevrolet,    PO Box 100,    Buffalo, NY 14231-0100
9270886        +Citibank,    c/o United Collections,    5620 Southwyck Blvd,    Ste 206,    Toledo, OH 43614-1501
9270888        +Emergency Medicine,    Northwell Health,    PO Box 28372,    New York, NY 10087-8372
9270889        +Huntington Hospital,    c/o Ingram & Associates,    1009 Windcross Ct,    Franklin, TN 37067-2678
9270891        +Island Fitness,    PO Box 6800,    North Little Rock, AR 72124-6800
9270892        +Ista North America,    PO Box 28083,    New York, NY 10087-8083
9270893        +John J Hines Jr.,    Northwell Health,    PO Box 28372,    New York, NY 10087-8372
9270894        +Kamco,    301 Robbins Lane,    Syosset, NY 11791-6006
9270895         Kleet Lumber,    c/o Rosenthal & Goldhaber,    1393 Vets Mem Highway,    Ste 212N,
                 Hauppauge, NY 11788
9270896         LIPA,    PO Box 9083,    Melville, NY 11747-9083
9270897        +Mount Sinai,    PO Box 28083,    New York, NY 10087-8083
9270898        +Mount Sinai,    PO Box 95000,    Philadelphia, PA 19195-0001
9270899        +North Shore LIJ,    c/o ARStrat,    9800 Centre Pkwy,    Ste 1100,    Houston, TX 77036-8263
9270902        +Paans Emergency Medicine,    c/o Regional Claims Recov,    PO Box 9001,    Melville, NY 11747-9001
9270907        +RSA/Marlin Business Bank,    c/o Edward Dietz, Esq.,    300 Fellowship Road,
                 Mount Laurel, NJ 08054-1201
9270904        +Reginal Claims Recovery,    PO Box 9001,    Melville, NY 11747-9001
9270905        +Robert Shapiro,    c/o Molo Lamken,    430 Park Avenue,    New York, NY 10022-3505
9270906        +Roland's Electric Inc.,    c/o Kushnik Pallaci PLLC,    445 Broad Hollow Road,    Ste 124,
                 Melville, NY 11747-3601
9270909        +Thaler Law Firm PLLC,    675 Old Country Rd,    Westbury, NY 11590-4503
9270910        +Time Inc.,    c/o Affluent Media Group,    1120 Ave of the Americas,    New York, NY 10036-6700
9270912        +Verizon Visions,    c/o Debt Recovery,    PO Box 9018,    Syosset, NY 11791-9018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rlester@rlesterlaw.com May 15 2018 18:32:42      Roy J Lester,
                 600 Old Country Road,    Suite 229,    Garden City, NY 11530
tr             +EDI: BRKBARNARD.COM May 15 2018 22:28:00      R Kenneth Barnard,    3305 Jerusalem Avenue,
                 Suite 215,    Wantagh, NY 11793-2028
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 15 2018 18:33:51
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.li.ecf@usdoj.gov May 15 2018 18:33:05      United States Trustee,
                 Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
                 Central Islip, NY 11722-4456
9270878        +EDI: AMEREXPR.COM May 15 2018 22:28:00      American Express,    PO Box 981531,
                 El Paso, TX 79998-1531
9270879        +EDI: BAMTHALER May 15 2018 22:29:00      Andrew Thaler,    Thaler Law Firm,
                 675 Old Country Road,    Westbury, NY 11590-4503
9270883        +E-mail/Text: bcwrtoff@cablevision.com May 15 2018 18:33:26      Cablevision,
                 1111 Stewart Avenue,    Bethpage, NY 11714-3581
9270884        +EDI: CAPITALONE.COM May 15 2018 22:28:00      Capital One,    PO box 30285,
                 Salt Lake City, UT 84130-0285
9270887        +E-mail/Text: sternback@heitnerbreitstein.com May 15 2018 18:33:06      Conestoga Wood Specialtie,
                 c/o Heitner & Breitstein,    26 Court Street,    Brooklyn, NY 11242-0103
9270890         EDI: IRS.COM May 15 2018 22:28:00      IRS - Special Procedures,    10 Metro Tech Center,
                 625 Fulton Avenue,    Brooklyn, NY 11201
9270901        +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 15 2018 18:33:51      NYS Dept of Tax & Finance,
                 Bankruptcy Unit-TCD,    Bldg 8, Room 455,    W.A. Harriman State Campu,    Albany, NY 12227-0001
9270903        +EDI: RMSC.COM May 15 2018 22:28:00      PC Richard,    GEMB,    PO Box 981438,
                 El Paso, TX 79998-1438
9270908        +EDI: RMSC.COM May 15 2018 22:28:00      Synchrony Bank,    PO Box 105972,
                 Atlanta, GA 30348-5972
9270911        +E-mail/Text: bankruptcydepartment@tsico.com May 15 2018 18:33:25      Transworld Systems Inc,
                 PO Box 15618, Dept 51,    Wilmington, DE 19850-5618
                                                                                              TOTAL: 14
```

```
District/off: 0207-8            User: sdolan                Page 2 of 2                  Date Rcvd: May 15, 2018
                                Form ID: 309A               Total Noticed: 45

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9270900          North Shore Univ,   c/o Smith, Carroad, Levy,    and Finkel, LLP
                                                                                         TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              R Kenneth Barnard    rkbesquire@aol.com,  N250@ecfcbis.com
              Roy J Lester    on behalf of Debtor Kerim  Aydagul rlester@rlesterlaw.com,  pkamran@rlesterlaw.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                         TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Kerim Aydagul** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–9937** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | | Date case filed for chapter  **7    5/14/18** |
| Case number:  **8–18–73280–ast** | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case

Revised: 12/17

**For the debtor(s) listed above, a case has been filed under Chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.  Read both pages carefully.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.  Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's Full Name** | Kerim Aydagul | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 241 Nassau Road <br> Huntington, NY 11743 | |
| **4. Debtor's Attorney** <br> Name and address | Roy J Lester <br> 600 Old Country Road <br> Suite 229 <br> Garden City, NY 11530 | Contact Phone (516) 357–9191 <br> Email:  rlester@rlesterlaw.com |
| **5. Bankruptcy Trustee** <br> Name and address | R Kenneth Barnard <br> 3305 Jerusalem Avenue <br> Suite 215 <br> Wantagh, NY 11793 | Contact Phone 516–809–9397 <br> Email:  rkbesquire@aol.com |
| **6. Meeting of Creditors** | **June 20, 2018 at 10:30 AM** | Location: <br> **Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza – Room 561, Central Islip, NY 11722–4437** |
| **7. Deadlines** <br><br> The Bankruptcy Clerk's Office must receive these documents and any required filing fee by the following deadlines. | **Deadline to Object to Discharge or to Challenge Whether Certain Debts are Dischargeable:** <br><br> **You must file a Complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing Deadline: 8/20/18** <br><br> **You must file a Motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to Object to Exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8. Presumption of Abuse** | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. <br><br> To date the Clerk does not have sufficient information to make any determination concerning the presumption of abuse. Creditors will be notified, at a later date, if presumption of abuse arises. | |
| **9. Bankruptcy Clerk's Office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Address of the Bankruptcy Clerk's Office: <br> 290 Federal Plaza <br> Central Islip, NY 11722 <br><br> Clerk of the Bankruptcy Court: <br> Robert A. Gavin, Jr. | Hours Open: <br> Monday – Friday 9:00 AM – 4:30 PM <br><br> Contact Phone (631) 712–6200 <br><br> Date: 5/15/18 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**    page **1**

Debtor **Kerim Aydagul**                                                                                                    Case number **8–18–73280–ast**

| | | |
|---|---|---|
| **10.** | **Legal Advice** | The staff of the Bankruptcy Clerk's Office cannot give legal advice. To protect your rights, consult an attorney. |
| **11.** | **Creditors May Not Take Certain Actions** | The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. |
| **12.** | **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| **13.** | **Proof of Claim** | Deadline for holder(s) of a claim secured by a security interest in the debtor(s)' principal residence (Rule 3002(c)(7)(A)):    **Filing Deadline: 07/23/2018**<br><br>No property appears to be available to pay creditors. Therefore, other than claims secured by a security interest in the debtor(s)' principal residence, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| **14.** | **Discharge of Debts** | The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadlines specified in this notice. (See line 7 for more information.) |
| **15.** | **Exempt Property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the Bankruptcy Clerk's Office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The Bankruptcy Clerk's Office must receive the objection by the deadline to object to exemptions in line 7. |
| **16.** | **Creditors with a Foreign Address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **17.** | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) The Electronic Bankruptcy Noticing (EBN) Program is open to all parties. You can register for EBN at the BNC website ebn.uscourts.gov, or<br>2) Debtors can register for DeBN by filing local form "Debtor's Electronic Bankruptcy Notice Request" with the Clerk of Court. **Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email**. |
| **18.** | **Undeliverable Notices** | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| **19.** | **Form 121 Statement of Social Security #** | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| **20.** | **Personal Financial Management Course** | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certification About a Financial Management Course (Official Form 423) within 60 days after the first date set for the section 341 meeting. If the Certification About a Financial Management Course is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |